CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 05 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:14cr00039-1 |
| v. | |
| SHANNON LEE STICKLEY<br>Defendant. | By: Michael F. Urbanski<br>United States District Judge |

### ORDER

The court referred this case to United States Magistrate Judge James G. Welsh for conduct of a plea hearing and plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure pursuant to 28 U.S.C. § 636(b)(3). The magistrate judge filed a report and recommendation on February 6, 2015 recommending that defendant's plea of guilty to Count One of the Indictment be accepted. No objections were filed by either party to the report and recommendation, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

The court notes one change to the report and recommendation that must be made in the interest of complete clarity. Page 6 of the report states that the term of supervised release is "at least 3 years." However, the correct term of supervised release, as reflected in the plea agreement, is a maximum of three years. Accordingly, the court **MODIFIES** the report to reflect that the maximum term of supervised release is three years.

Accordingly, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby **ACCEPTED**, defendant's plea of guilty to Count One of the Indictment and plea agreement are **ACCEPTED**, and the defendant is adjudged **GUILTY** of Count One of the Indictment.

It is so **ORDERED**.

Entered: March 5, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge